IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OPENCOMMERCE GROUP, INC., a Delaware corporation, and BGROUP LIMITED, a Hong Kong limited company,<br><br>                      Plaintiffs,<br><br>  -against-<br><br>DEREK DEYOUNG and CANVASFISH.COM, LLC, a Montana limited liability company,<br><br>                      Defendants. | Case No.: 21-cv-04887 |

**REQUEST TO FILE COMPLAINT UNDER SEAL**

      Pursuant to Local Rule 5.7, Plaintiffs OpenCommerce Group, Inc. and BGroup Limited respectfully request to file the Complaint and accompanying Exhibit in the above-captioned matter in redacted form. Plaintiffs believe it is necessary to file the Complaint and Exhibit in this manner out of an abundance of caution, because they reference confidential matters that the undersigned counsel will promptly bring to the attention of the judge to whom the case is assigned. Plaintiffs are aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the fourth busines day following the date of filing.

Dated: September 15, 2021

                                               Respectfully submitted,

                                               JAYARAM LAW, INC.

                                               By: */s/ Vivek Jayaram*
                                                   Vivek Jayaram
                                                   Palak V. Patel
                                                   125 S. Clark Street, Suite 1175
                                                   Chicago, IL 60603
                                                   (312) 212-8676
                                                   vivek@jayaramlaw.com
                                                   palak@jayaramlaw.com

                                             *Attorneys for OpenCommerce Group, Inc. and BGroup Limited*